ALLICIA B. TOMOLO, ESQ.
SBN 12116
3080 South Durango Drive, Ste 202
Las Vegas, Nevada 89117
Telephone: (702) 946-8440
abtomolo@gmail.com
Attorney for Defendant Allied Collection Services, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RODERICK L.S. COMBS JR<br><br>     Plaintiff,<br><br>vs.<br><br>TRANSUNION, LLC.; ALLIED COLLECTION SERVICES, INC.<br><br>     Defendant. | Case No. 2:19-cv-02063-JAD-EJY<br><br>Order and<br>**STIPULATION TO WITHDRAW MOTION FOR CLERK'S ENTRY OF DEFAULT & CONSENTING TO THE EXTENSION OF TIME TO FILE ANSWER**<br><br>ECF Nos. 14, 15 |

**STIPULATION**

Defendant, Allied Collection Services, Inc. ("Defendant"), by and through their respective counsel, hereby represent, and Plaintiff, Roderick L.S. Combs Jr. ("Plaintiff") by and through his respective counsel, have stipulated as follows:

1. On December 3, 2019 Plaintiff filed a Complaint in the above entitled action ("Complaint").

2. Defendant, Allied Collection Services, Inc., was served with the Complaint on December 9, 2019.

3. The Complaint was based on facts and allegations related to a violation of the Fair Debt Collection Practices Act and the Fair Credit Reporting Act.

4. Defendant's counsel previously conferred with Plaintiff's counsel regarding dates of service , an informal extension of time to file a responsive pleading and possible resolution of the instant case.

5. Resolution discussion between Plaintiff and Defendant has since stalled.

6. On June 5, 2020 Plaintiff filed a Motion for Entry of Clerk's Default as to Defendant.

7. On June 9, 2020 Defendant's counsel reached out to Plaintiff's counsel in an effort to again attempt to resolve this action.

8. Plaintiff and Defendant have stipulated and agreed that the Motion for Clerk's Entry of Default filed on June 5, 2020, for failure to plead or otherwise defend is hereby withdrawn.

9. Plaintiff has agreed not to seek a further default against Defendant if an Answer is filed within 14 days of entry of the Court's order on this Stipulation.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

10. This is the first request for an extension of this deadline made by the parties.

**DATED** this 9th day of June 2020.

| | |
|---|---|
| Allicia B. Tomolo, Esq. | KIND LAW |
| By:/s/ Allicia B. Tomolo, Esq. | By: /s/ Michael Kind, Esq. |
| ALLICIA B. TOMOLO, ESQ. | Michael Kind, Esq. |
| State Bar No: 12116 | State Bar No: 13903 |
| 3080 South Durango Drive, Suite 202 | 8860 S. Maryland Parkway, # 106 |
| Las Vegas, NV 89117 | Las Vegas, NV 89123 |
| (702) 946-8440 | (702) 337-2322 |
| | mk@kindlaw.com |
| Attorney for Defendant | Attorney for Plaintiff |
| Allied Collection Services, Inc. | |

## ORDER

 IT IS SO ORDERED.  The Motion for Entry of Clerk's Default [ECF No. 14] is deemed WITHDRAWN.

Dated: June 11, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE