UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Roderick L.S. Combs, Jr.<br><br>　　　Plaintiff<br><br>v.<br><br>TransUnion, LLC and Allied Collection Services, Inc.<br><br>　　　Defendants | Case No.: 2:19-cv-02063-JAD-EJY<br><br>**Order to File Dismissal Papers and Notice Under Local Rule 41-1** |

　　　The local rules of this court provide that "[a]ll civil actions that have been pending . . . for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte . . . ."[1]  The parties filed notice on June 29, 2020, that plaintiff Roderick LS. Combs, Jr. and defendant Allied Collection Services, Inc. had settled the claims and disputes between them and anticipated filing dismissal papers within 60 days.[2]  No dismissal papers were filed, and more than 270 days have passed without any proceeding of record having been taken in this case.

　　　IT IS THEREFORE ORDERED the parties have until **July 28, 2021**, to file their dismissal papers.  The parties are cautioned that their failure to timely do so will result in the court dismissing this case without further prior notice.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　　　July 23, 2021

---

[1] L.R. 41-1.
[2] ECF No. 17.